```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN MANCINI                   :       CIVIL ACTION
                                :
          v.                    :
                                :
STATE FARM FIRE & CASUALTY CO.  :       NO. 13-268
```

ORDER

AND NOW, this      day of July, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant State Farm Fire & Casualty Co. to dismiss the complaint (Doc. #2) is GRANTED under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

					BY THE COURT:


					_____
								J.