IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN MANCINI | : | CIVIL ACTION |
| v. | : | |
| STATE FARM FIRE & CASUALTY CO. | : | NO. 13-268 |

ORDER

AND NOW, this 18th day of July, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant State Farm Fire & Casualty Co. to dismiss the complaint (Doc. #2) is GRANTED under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

BY THE COURT:

/s/ Harvey Bartle III
J.